# APRIL TERM, 1873, AT DETROIT.

---

### Augustus P. Tucker v. Hiram A. Tucker and others.

*Appeal in chancery: Witnesses examined in open court: Settlement of case: Resignation of circuit judge.* Where, in a chancery cause, the witnesses were examined in open court, and within the time allowed for settling a case to bring up the testimony on appeal, the circuit judge before whom the cause was tried, has resigned without settling such case, this court, on appeal, on an application of the appellant showing these facts, will reverse the decree below, without costs, and remand the cause for a re trial in the court below.—See *Scribner v. Gay, 5 Mich., 511; Hewlet v. Shaw, 9 Mich., 346.*

*Heard and decided April 8.*

Appeal in Chancery from Branch Circuit.

Motion was made on behalf of the appellant, for a reversal of the decree. The showing was, that the testimony on the hearing below, was taken in open court, and that the circuit judge before whom the cause was tried, had resigned within the time allowed for settling a case to bring up on appeal the testimony, without settling such case, and that the appeal had been taken without the testimony.

*Ward & Palmer,* for the motion.

*E. G. Fuller, contra.*

THE COURT granted the motion, and remanded the cause for re-trial.—See *Scribner v. Gay, 5 Mich., 511; Hewlet v. Shaw, 9 Mich., 346.*